ANNA BARONE, Appellant, v. SYRACUSE SAVINGS BANK, Respondent.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment and order of Onondaga County Court affirming the order and judgment of Syracuse Municipal Court, which dismissed plaintiff's complaint in a negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

In the Matter of JACOB C. HULLAR, JR., Petitioner, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.— Determination confirmed, without costs. All concur. (Review of the action of the State Liquor Authority in revoking petitioner's restaurant liquor license, which proceeding was transferred to the Appellate Division for determination by order of Onondaga Special Term.) Present — Vaughan, Kimball, Piper and Wheeler, JJ.

FRANK HUTTER, Appellant, v. ROCHESTER TRUCK RENTAL, INC., Respondent. — Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order denying plaintiff's motion to set aside a verdict of no cause of action and for a new trial in an automobile negligence action, on the ground of misconduct of the jury.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 284 App. Div. 836.]

ELIZABETH P. KAZERSKIS, Appellant, v. CITY OF ROCHESTER et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 687.]

CARROLL EAST, Appellant, v. ENDICOTT FORGING & MFG. CO., INC., Respondent. — Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 843.]

(March 19, 1954.)

HENRY L. POPE, as Administrator of the Estate of EVELYN M. POPE, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30718.) — Judgment affirmed, without costs of this appeal to either party. All concur, except McCurn, P. J., who dissents as to that part of the judgment which denies an award for conscious pain and suffering and votes to grant a new trial on the ground that the findings as to that cause of action are against the weight of evidence. (Appeal from a judgment for claimant on a claim against the State for the death of claimant's intestate alleged to have resulted by reason of an assault by an inmate of Willard State Hospital. The judgment failed to award damages for conscious pain and suffering and damages for pecuniary loss to the estate.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.